Edward J. Maney, Trustee
P. O. Box 10434
Phoenix, AZ 85064
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | CHAPTER 13 BANKRUPTCY |
| ) | |
| KARL JOHN SCHMIDT ) | CASE NO. 02-09-bk-05763-JMM |
| xxx-xx-3363 ) | |
| PATRICIA ANN SCHMIDT ) | |
| xxx-xx-0449 ) | TRUSTEE'S REQUEST FOR |
| ) | STATUS HEARING |
| ) | |
| Debtor(s) ) | |

Comes now, Edward J. Maney, the standing Chapter 13 Trustee appointed to administer the above-captioned case, respectfully request the Court to set the above-referenced case for a status hearing on the following reasons:

1. The above case was filed on March 26, 2009.

2. A Stipulated Order Confirming was submitted to the Trustee's office on or about August 27, 2009.

3. Trustee e-mailed counsel with several issues to be resolved.

3. To date, no issues have been resolved and/or addressed.

The requests that the hearing be set for resolve the above issues and the case can proceed towards confirmation.

Dated: <u>See Electronic Signature Block</u>

_____
Edward J. Maney, Trustee

| | |
|---|---|
| 1 | Copies of the foregoing mailed on <u>See Electronic Signature Block:</u> |
| 2 | |
| 3 | Joseph Charles<br>P. O. Box 1737 |
| 4 | Glendale, AZ 85311 |
| 5 | Karl and Patricia Schmidt<br>8622 N. 59th Ave., #2138 |
| 6 | Glendale, AZ 85302 |
| 7 | |
| 8 | |
| 9 | _____ |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |